**Dismissed and Memorandum Opinion filed January 12, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00817-CV

### KRISTEN CLAUSE, Appellant

### V.

### CHAD CLAUSE, Appellee

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 20-FD-2246**

## MEMORANDUM OPINION

This is an appeal from a judgment or order signed August 30, 2022. The notice of appeal was filed October 31, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On December 13, 2022, this court ordered appellant to pay the appellate filing fee on or before December 23, 2022 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Hassan, and Poissant.